IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON HOLLOWAY                                                                                      PLAINTIFF

V.                                                            NO. 1:15CV11-NBB-SAA

DANIEL COOPER                                                                                      DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered today, Defendant's motion is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this the 28th day of September, 2015.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**